Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JAN 11 2021
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Joenell Rice

*Your full name*

**FEDERAL CIVIL RIGHTS COMPLAINT**
(*BIVENS* ACTION)

v.

Civil Action No.: 5:21-CV-6
*(To be assigned by the Clerk of Court)*

Bailey/Mazzone/Blalock

Hazelton USP Shu Correction Officer Staff, medical, Ruby University Hospital WV

*Enter above the full name of defendant(s) in this action*

## I. JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.    Name of Plaintiff: Joenell Rice  Inmate No.: 607-24-060
            Address: Allenwood USP P.O. Box 3000 White Deer, PA. 17887

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2. Name and location of court and case number:
   _____
   _____
   _____

3. Grounds for dismissal:  ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: ON MARCh 25, 2020 iN ShU ON Range 1. In The evening I got BRatilly asaulted By and Inmate and I pressed The emergency help Button for help, IT Took The STAff

Supporting Facts: _____

Attachment A

B. Name of Defendant: Hazelton USP Federal Shu Staff evening
Position: Correction officer's
Place of Employment: Hazelton USP
Address: P.O. Box 2000
Bruceton Mills WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☑ Yes   ☐ No

If your answer is "YES," briefly explain: On March 25 2020 I got brutilly assaulted by and inmate, I had to be rushed to the hospital, they X rayed me, said I got 4 broken bones in my face and Hazelton shu staff failed to protect me

B.1 Name of Defendant: Medical
Position: health care
Place of Employment: Hazelton USP
Address: P.O. Box 2000
Bruceton Mills, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☑ Yes   ☐ No

If your answer is "YES," briefly explain: They failed to house me alone in medical do to my brutilly injurys, They aloud the shu staff to put another inmate in my cell why I had These injurys and which they put my safety at risk

B.2 Name of Defendant: Ruby University Hospital WV
Position: Emergency Hospital Health Care
Place of Employment: Ruby University Hospital
Address: 1 Medical Center Drive
Morgantown, WV. 26505

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☐ Yes   ☑ No

**Attachment A**

If your answer is "YES," briefly explain: ON MARCH 25, 2020 at I was BRutally assaulted I came To There hospital for TReatment, upon my arival They XRayed me, said That I got 4 Broken Bones IN my face, Then They dont do Surgry They sends me Back To The Jail This same day

B.3  Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____
_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____
_____

B.4  Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____
_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____
_____

Attachment A

B.5   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____
      _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: **HAZELTON USP**

A.   Is this where the events concerning your complaint took place?
     ☑ Yes   ☐ No

     If you answered "NO," where did the events occur?
     _____

B.   Is there a prisoner grievance procedure in the institution where the events occurred?   ☑ Yes   ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
     ☑ Yes   ☐ No

D.   If your answer is "NO," explain why not: _____
     _____
     _____

E.   If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

and state the result at level one, level two, and level three. **<u>ATTACH GRIEVANCES AND RESPONSES:</u>**

LEVEL 1 _Here is a copy of my Bop Remedy Record log sheet_

LEVEL 2 _____

LEVEL 3 _____

IV. <u>PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES</u>

    A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☒ No

    B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1. Parties to this previous lawsuit:

           Plaintiff(s): _____

           Defendant(s): _____

        2. Court: _____
           *(If federal court, name the district; if state court, name the county)*

        3. Case Number: _____

        4. Basic Claim Made/Issues Raised: _____

        5. Name of Judge(s) to whom case was assigned: _____

        6. Disposition: _____
           *(For example, was the case dismissed? Appealed? Pending?)*

        7. Approximate date of filing lawsuit: _____

Attachment A

      8.     Approximate date of disposition. Attach Copies: _____

C.     Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
       ☑ Yes     ☐ No

D.     If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

*I filed, BP8, BP9 on medical They never Responded Back which They stoped me from exaiting my legal Remedys and here is the case Number 1017878-F1, here is a copy of my legal complaint Remedy Record log sheet just to confirm this moment of Truth*

E.     Did you exhaust available administrative remedies?
       ☑ Yes     ☐ No

F.     If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

*and I filed, BP8 aginst The SHU evening staff on March 28 2020 But my Couseler Name george never Turned my legal complaint in, When This came to my knowledge on July 1 Brought Turn in a sensitive BP9, They Never Brought me my Response to This so They stoped me from exaiting my legal Remedys, here is The case Number for This 1032410-F1, here is a copy of my Record Remedy Complaint Sheet*

G.     If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

      1.     Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2. Name and location of court and case number:
   _____
   _____
   _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** *(LR PL 3.4.4)*

CLAIM 1: ON MARCH 25, 2020 IN SHU ON RANGE 1, IN THE EVENING I GOT BRATILLY ASSAULTED BY AND INMATE AND I PRESSED THE EMERGENCY HELP BUTTON FOR HELP, IT TOOK THE STAFF

Supporting Facts: _____

Attachment A

20 minutes to respond to my safety, I almost died, I was right downstairs in SHU on Range 1 so they should of been

CLAIM 2: I'm sueing medical because on March 25, 2020 when I came back from Ruby University WV hospital they refuse to house me in the infirmery at medical they aloud

Supporting Facts: them to take me back to SHU with 4 broken bones in my face so they place me on Range 4 in a cell by myself for 5 days, then they put another inmate in

CLAIM 3: I'm sueing Ruby University WV Hospital because on March 25, 2020 when I came there from this bratilly asault They x rayed me and said that I got 4 broken bones in my face

Supporting Facts: and then they sent me back to the jail with 4 broken bones in my face on this same day and they was suppose to keep me over night, perform surgry on me

CLAIM 4: _____

_____
_____
_____
_____

Supporting Facts: _____
_____

Attachment A

CLAIM 5: _____

Supporting Facts: _____

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I got 4 Broken Bones IN my face, The SHU evening staff failed to protect me, Medical and Ruby University WV Hospital Denied me proper Medical care, which is a violation of my eighth amendment Right so I'm Sueing for 30 million Dollars

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I Demand a Jury Trial, If you guys dont want to go To Trial Then we can settle for 12 million Dollars

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __allenwood USP 4-A__ on __Dec 20, 2020__.
              (Location)                    (Date)

_____
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Joenell Rice
_____
Your full name

v.                                                          Civil Action No.: _____

Hazelton USP SHU evening correction officer Staff, medical, Ruby University WV Hospital
_____
Enter above the full name of defendant(s) in this action

## Certificate of Service

I, Joenell Rice (your name here), appearing *pro se*, hereby certify that I have served the foregoing Legal Mail (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on _____ (insert date here):

(List name and address of counsel for defendant(s))

Joenell Rice
(sign your name)